UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| HEATHER THRASHER,<br><br>    Plaintiff<br><br>v.<br><br>GREYHOUND LINES INCORPORATED,<br><br>    Defendant | CIVIL ACTION:  1:15- cv -00005-DBH |

## VOLUNTARY STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between the parties and their respective counsel that the above-captioned action is dismissed with prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED: June 10, 2016             /s/ David P. Very
                                 David P. Very, Esq.
                                 Attorney for Defendant
                                 NORMAN, HANSON & DeTROY, LLC
                                 Two Canal Plaza
                                 P.O. Box 4600
                                 Portland, Maine 04112-4600
                                 *dvery@nhdlaw.com*


DATED: June 10, 2016             /s/David Kreisler
                                 Gary Goldberg
                                 David Kreisler
                                 Attorneys for Plaintiff
                                 Terry Garmey & Associates
                                 482 Congress Street, Suite 402
                                 Portland, ME 04101

dkreisler@garmeylaw.com
ggoldberg@garmeylaw.com

## CERTIFICATE OF SERVICE

 I hereby certify that on June 10, 2016, I electronically filed the foregoing Voluntary Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure 16(b)(4) with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to all registered counsel of record.

/s/David Kreisler
Gary Goldberg
David Kreisler
Attorneys for Plaintiff
Terry Garmey & Associates
482 Congress Street, Suite 402
Portland, ME 04101